# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | No. 14-11347 |
| | ) | |
| JEFFREY ROBERT RUBACK, | ) | Chapter 7 |
| | ) | |
| Debtor. | ) | Honorable Jack B. Schmetterer |
| | ) | |
| | ) | Hearing Date: **March 31, 2015** |
| | ) | Hearing Time: **10:30 a.m.** |
| | ) | Room No.: **682** |

## COVER SHEET FOR FIRST AND FINAL APPLICATION OF
## FRANKGECKER LLP FOR ALLOWANCE OF COMPENSATION AND EXPENSES

Name of Applicant: FrankGecker, LLP

Authorized to Provide
Professional Services to: Miriam R. Stein, Chapter 7 Trustee of the Estate
JEFFREY ROBERT RUBACK

Period for Which
Compensation is Sought: May 16, 2014 through November 30, 2014

Amount of Fees Sought: $ 9,000.00[1]

Amount of Expense
Reimbursement Sought: $ 0.48

This is a: First and Final Application

The aggregate amount of fees and expenses *paid* to the Applicant to date for services rendered and expenses incurred herein is: $0.00.

---

[1] The total incurred fees equal $13,007.50. FrankGecker LLP has voluntarily agreed to reduce their fees by $4,007.50 to allow for more funds to be distributed to creditors.

{STEIN/RUBACK/00040884.DOC/}

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | No. 14-11347 |
| | ) | |
| JEFFREY ROBERT RUBACK, | ) | Chapter 7 |
| | ) | |
| Debtor. | ) | Honorable Jack B. Schmetterer |
| | ) | |
| | ) | Hearing Date:  March 31, 2015 |
| | ) | Hearing Time:  10:30 a.m. |
| | ) | Room No.:      682 |

## NOTICE OF HEARING

PLEASE TAKE NOTICE THAT on **March 31, 2015**, at **10:30 a.m.**, we shall appear before the Honorable Jack B. Schmetterer, or such other judge as may be sitting in his stead, in Courtroom 682 at the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois 60604, and present the **First and Final Application of FrankGecker LLP as Counsel to Frances Gecker, Chapter 7 Trustee of the Bankruptcy Estate of JEFFERY ROBERT RUBACK, for Compensation and Reimbursement of Expenses** which was previously served upon you**.**

Dated:  December 15, 2014

                                                          Respectfully submitted,

                                                          FRANKGECKER LLP


                                                        By:   /s/ *Zane L. Zielinski*
                                                              One of its attorneys

Zane L. Zielinski (IL ARDC #6278776)
FRANKGECKER LLP
325 North LaSalle Street, Suite 625
Chicago, IL 60654
(312) 276-1400
(312) 276-0035 (fax)

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | No. 14-11347 |
| | ) | |
| JEFFREY ROBERT RUBACK, | ) | Chapter 7 |
| | ) | |
| Debtor. | ) | Honorable Jack B. Schmetterer |
| | ) | |

**FIRST AND FINAL FEE APPLICATION OF FRANKGECKER LLP
AS COUNSEL TO FRANCES GECKER, CHAPTER 7 TRUSTEE OF
THE BANKRUPTCY ESTATE OF JEFFREY ROBERT RUBACK FOR
COMPENSATION AND REIMBURSEMENT OF EXPENSES**

Miriam R. Stein, not individually, but as Chapter 7 Trustee (the "Trustee"), of the estate of JEFFREY ROBERT RUBACK (the "Debtor"), hereby submits this first and final fee application (the "Application") pursuant to 11 U.S.C. §§330, 331 and 507(a)(1) seeking a reduced amount of compensation totaling $9,000.00[2] for legal services performed as counsel to the Trustee during the period of May 16, 2014 through and including November 30, 2014 (the "Application Period") and reimbursement of expenses totaling $0.48 incurred in connection with those services. In support of the Application, FrankGecker LLP respectfully represents as follows:

**INTRODUCTION**

1.  The Debtor filed a voluntary petition for relief under Chapter 7 of Title 11 of the U.S. Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the Northern District of Illinois, Eastern Division on March 28, 2014 (the "Petition Date").

---

[2] The total incurred fees equal $13,007.50. FrankGecker LLP has voluntarily agreed to reduce their fees by $4,007.50 to allow for more funds to be distributed to creditors.

{STEIN/RUBACK/00040884.DOC/}                1

2. Miriam R. Stein ("Trustee") is the duly appointed and qualified Chapter 7 Trustee.

3. The Trustee chose FrankGecker LLP ("FG") as her counsel in the Case and on June 5, 2014, this Court entered an order authorizing the Trustee to retain FG and Mr. Zielinski as her counsel retroactive to May 16, 2014.

4. Counsel has received $0.00 in previously awarded compensation and reimbursement of expenses.

5. The assets of this estate consisted of a fifty percent (50%) interest in real property located at 5646 N. Ottawa, Chicago, Illinois 60631 (the "Real Estate").

6. After further investigation of the Real Estate, FG found that the Debtor had entered into an exclusive listing agreement with Robert Lapinski and Remax City (collectively, the "Sellers' Broker") to sell the Real Estate on April 22, 2014 for $419,000.

7. The Debtor commenced marketing the Property for sale and obtained a contract to sell the Property for $408,000.

8. The Debtor had apparently entered the Purchase Agreement on May 21, 2014, and scheduled to close the sale by July 30, 2014.

9. The Trustee decided to adopt the Purchase Agreement and sold the Real Estate for $408,000.00, paying two secured creditors: (a) Citimortgage Inc. in the amount of $244,437; and (b) a judgment lien of First Security Trust & Savings in the amount of $26,231. And netting the estate $32,356.09.

10. Because of the extensive work spent in selling the Real Estate, FG has written off approximately $4,007.50 of it's fees (the "Trustee Discount") in order to allow a distribution to the claimants in this Case.

11.     This Application seeks allowance of all fees and expenses incurred by FG from May 16, 2014 through and including November 30, 2014. To aid the Court in its review of this Application, the Trustee's counsel has divided this Application into three parts. Part I describes the practical and legal issues encountered by the Trustee's counsel, and actions taken and results obtained by counsel. Part II describes the qualifications and areas of expertise of the Trustee's attorneys. Part III describes the manner in which fees and expenses were calculated by the Trustee's attorneys.

I.   **SERVICES PERFORMED**

A.   **Administration**                                                                $1,502.50

FG spent 6.30 hours on issues relating to preparing, filing and appearing in court on Trustee's motions to employ counsel, accountant and real estate broker and motion to extend time to object to Debtor's discharge and exemptions.

| **Administration** | **Time Spent** | **Rate** | **Amount** |
|---|---|---|---|
| Zane L. Zielinski, associate | 1.90 | 375.00 | $712.50 |
| Christina Smith, paralegal | 3.60 | 175.00 | $630.00 |
| Michael H. Matlock | .80 | 200.00 | $160.00 |
| **Total Administration** | 6.30 | | $1,502.50 |

B.   **Sale of Real Estate**                                                           $11,505.00

FG spent 34.20 hours relating to the sale of real estate located at 5646 N. Ottawa, Chicago, Illinois 60631. FG negotiated the sale of the Real Estate in the amount of $408,000.00, paying off two secured creditors and netting the estate $32,356.09. Due to the revocation of the payoff amount previously agreed to by First Security Trust & Savings, First Security Trust & Savings revoked the payoff letter **after** the closing which necessitated FG the task of renegotiating the previously agreed upon payoff, sending all closing checks back to the Title company and closing the sale of the Real Estate again so as to not lose the Buyer.

{STEIN/RUBACK/00040884.DOC/}                            3

| Sale of Real Estate | Time Spent | Rate | Amount |
|---|---|---|---|
| Zane L. Zielinski, associate | 27.60 | 375.00 | $10,350.00 |
| Christina Smith, paralegal | 6.60 | 175.00 | 1,155.00 |
| **Total Administration** | 34.20 | | $11,505.00 |

## II.    ATTORNEYS PROVIDING SERVICES FOR THIS ESTATE

Zane L. Zielinski (ZLZ) is an associate at FrankGecker LLP.  Mr. Zielinski is a 2002 graduate of Chicago-Kent College of Law, where he was a member of the Editorial Board of the Chicago-Kent Law Review and was elected to the Order of the Coif.  Mr. Zielinski specializes in bankruptcy law and has represented trustees, debtors and creditors in bankruptcy cases.

Micahel Matlock (MM) is a bankruptcy paralegal at FrankGecker LLP.  Mr. Matlock assisted counsel in case research and case administration.

Christina S. Smith (CSS) is a bankruptcy paralegal at FrankGecker LLP.  Ms. Smith assisted counsel in case research and case administration.

## III.    CALCULATION OF TIME AND FEES

This is the Trustee's first and final application for compensation and reimbursement of fees and expenses of FG.  This fee application applies to fees and expenses incurred by FG from May 16, 2014 through and including November 30, 2014.  All professional services for which compensation is requested herein, and all reimbursement for expenses incurred, have been for services directly related to the Case and were rendered for the benefit of the Trustee and the Debtor's estate.  No agreement or understanding exists between FG and any other person for the sharing of compensation received or to be received in connection with this Case, other than as disclosed or authorized pursuant to 11 U.S.C. §§ 327, 328, 330 and 331.

As set forth in the attached exhibit, FG's attorneys and paralegal have spent a total of **40.50** hours providing necessary legal services for the Trustee and FG has voluntarily written off

**$4,007.50** of its fees. As a result, compensation in the amount of **$9,000.00** for actual, necessary legal services performed (Exhibit A). The average hourly rate is $321.17. In addition, FG has expended the sum of $0.48 for actual necessary expenses incurred in representing the Trustee. FG has voluntarily written off all expenses related to fax and copying charges, only charging for off-site copying charges when incurred.

In preparing this fee application, FG has calculated the amount of time spent by each attorney and paralegal in performing actual, necessary legal services for the Trustee. The data used came directly from computer printouts of data which is kept by FrankGecker LLP on each of its clients. The hourly rates charged are at a reduced rate in order to allow a distribution to the claimants in this Case. FG worked to avoid any duplication of effort, and in instances where more than one attorney billed for a project, there was a need for multiple attorneys' involvement or the time of one of the attorneys was voluntarily written off.

To aid the Court in its review of this material, FG has prepared its time exhibits by topic as presented in the attached Exhibit A. For purposes of this Application, counsel has used two categories. Most of these categories are substantive. The time entries cover all work performed by FG regardless of whether it was office conferences, telephone conferences, research or some other type of work.

FG does not bill its clients or seek compensation in this fee application for its overhead expenses, including word processing, computer research charges, fax charges, phone charges or secretarial overtime, instead, such expenses are factored into FG's normal and customary rate.

No compensation has been promised to FG, other than as disclosed or approved by this Court. FG certifies that there is no agreement between the firm and any other party regarding the sharing of fees except with the firm's partners, nor has the firm discussed or negotiated the

amount of its fees with any party except the Trustee.  Finally, FG represents that it is and remains a disinterested party and does not hold any relationship adverse to the estate.

WHEREFORE, FrankGecker LLP respectfully requests that this Court enter an Order:

A.Allowing FrankGecker LLP compensation for actual, necessary legal services in the amount of $9,000.00;

B.Allowing FrankGecker LLP reimbursement of actual, necessary expenses in the amount of $0.48; and

C.Authorizing the Trustee to pay FrankGecker LLP compensation and expense reimbursement in the total amount of $9,000.48.

Dated:  December 15, 2014Respectfully submitted,

MIRIAM R. STEIN, not individually but as Chapter 7 Trustee of the bankruptcy estate of JEFFREY ROBERT RUBACK,


By: /s/Zane L. Zielinski
One of her attorneys

Zane L. Zielinski (IL ARDC #6278776)
**FrankGecker LLP**
325 N. LaSalle Street, Suite 625
Chicago, Illinois 60654
Tel.:  (312) 276-1400
Fax:  (312) 276-0035
zzielinski@fgllp.com