# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| JEFFREY ROBERT RUBACK | § | Case No. 14-11347 |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

    Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Miriam R. Stein, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

        219 S. Dearborn Street
        Chicago, IL  60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on 03/31/2015 in Courtroom 682 (Judge Schmetterer),

        Dirksen United States Courthouse
        219 S. Dearborn Street
        Chicago, IL 60604

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 02/10/2015               By: /s/ Miriam R. Stein
                                                          Chapter 7 Trustee

*Miriam R. Stein*
*30 South Wacker Drive*
*Suite 2600*
*Chicago, IL  60606*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
§
JEFFREY ROBERT RUBACK § Case No. 14-11347
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 408,000.00 |
| and approved disbursements of | $ | 375,954.71 |
| leaving a balance on hand of[1] | $ | 32,045.29 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Miriam R. Stein | $ 20,000.00 | $ 0.00 | $ 20,000.00 |
| Attorney for Trustee Fees: Frank Gecker LLP | $ 9,000.00 | $ 0.00 | $ 9,000.00 |
| Accountant for Trustee Fees: Alan D. Lasko | $ 1,183.95 | $ 0.00 | $ 1,183.95 |
| Total to be paid for chapter 7 administrative expenses | | $ | 30,183.95 |
| Remaining Balance | | $ | 1,861.34 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 1,368.03  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 2 | IRS | $ 1,368.03 | $ 0.00 | $ 1,368.03 |

| | | |
|---|---|---|
| Total to be paid to priority creditors | $ | 1,368.03 |
| Remaining Balance | $ | 493.31 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 9,320.36  have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be  5.3  percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Discover Bank | $ 864.69 | $ 0.00 | $ 45.77 |
| 2A | IRS | $ 87.78 | $ 0.00 | $ 4.65 |
| 3 | VERIZON | $ 419.23 | $ 0.00 | $ 22.19 |
| 4 | First Security Trust And Savings Bank | $ 7,948.66 | $ 0.00 | $ 420.70 |

| | | |
|---|---|---|
| Total to be paid to timely general unsecured creditors | $ | 493.31 |
| Remaining Balance | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00  have been allowed and will be paid pro rata only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be  0.0  percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ Miriam R. Stein
Chapter 7 Trustee

*Miriam R. Stein*
*30 South Wacker Drive*
*Suite 2600*
*Chicago, IL  60606*

**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

```
                         United States Bankruptcy Court
                         Northern District of Illinois
In re:                                                           Case No. 14-11347-JBS
Jeffrey Robert Ruback                                            Chapter 7
        Debtor                  CERTIFICATE OF NOTICE
District/off: 0752-1           User: lhuley                 Page 1 of 2                  Date Rcvd: Feb 10, 2015
                               Form ID: pdf006              Total Noticed: 30


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 12, 2015.
db             +Jeffrey Robert Ruback,    3449 N. Orange Ave.,    Chicago, IL 60634-2948
21721181       +Bald Knob Marina,    515 Bald Knob Rd,    Johnsburg,IL 60051-9607
21721175       +CHASE,    Attn: Bankruptcy Dept.,    Po Box 15298,    Wilmington,DE 19850-5298
21721187       +Citibank,    Bankruptcy Dept.,    701 E. 60th St., North,    Sioux Falls,SD 57104-0432
21721165       +Citimortgage INC,    Attn: Bankruptcy Dept.,    Po Box 9438,    Gaithersburg,MD 20898-9438
21721193       +City of Chicago Dept of Water,    Bankruptcy Dept.,    333 S State St,    Chicago,IL 60604-3965
21721185       +Clerk of the Law Division,    Bankruptcy Dept.,    50 W. Washington St. Rm 801,
                 Chicago,IL 60602-1462
21721166       +Clerk, Chancery,    Bankruptcy Dept.,    50 W. Washington St., Room 802,    Chicago,IL 60602-1305
21721177       +Clerk, First Mun Div,    Bankruptcy Dept.,    50 W. Washington St., Rm. 1001,
                 Chicago,IL 60602-1316
21721194       +Comcast,    Bankruptcy Dept.,    PO Box 3002,    Southeastern,PA 19398-3002
21721169       +Equifax,    Attn: Bankruptcy Dept.,    PO Box 740241,    Atlanta,GA 30374-0241
21721170       +Experian,    Attn: Bankruptcy Dept.,    PO Box 2002,    Allen,TX 75013-2002
21721184       +First Security Trust & Savings,    Bankruptcy Dept.,    7315 W Grand Ave,
                 Elmwood Park,IL 60707-1906
22373199       +First Security Trust and Savings Bank,,     an Illinois banking corporation,
                 c/o William M. Smith & Associates,     8102 W. 119th Street, Suite 150,
                 Palos Park, Illinois 60464-3081
21721186       +Foster & Smith,    8102 W 119th St,    Ste 150,    Palos Park,IL 60464-3081
21721189       +Home Depot Credit Svc,    Bankruptcy Dept.,    Dept 32 2003475740,    PO Box 183175,
                 Columbus,OH 43218-3175
21721167       +Ira T. Nevel,    Bankruptcy Dept.,    175 N. Franklin, Suite 201,    Chicago,IL 60606-1847
21721178       +Michael D. Fine,    Bankruptcy Dept.,    131 S. Dearborn St., floor 5,    Chicago,IL 60603-5517
21721168       #+Michelle Davenport,    5646 N. Ottawa,    Chicago,IL 60631-3309
21721174       +Sears/CBNA,    Attn: Bankruptcy Dept.,    Po Box 6189,    Sioux Falls,SD 57117-6189
21721172       +Sears/CBNA,    Attn: Bankruptcy Dept.,    Po Box 6283,    Sioux Falls,SD 57117-6283
21721171       +Transunion,    Attn: Bankruptcy Dept.,    PO Box 1000,    Chester,PA 19016-1000
21721183       +Travelers Personal Ins,    PO Box 660307,    Dallas,TX 75266-0307

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
22230881        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Feb 11 2015 01:54:04
                 American InfoSource LP as agent for,    Verizon,    PO Box 248838,
                 Oklahoma City, OK   73124-8838
21721192       +E-mail/Text: legalcollections@comed.com Feb 11 2015 01:45:20       Commonwealth Edison,
                 Bankruptcy Dept.,    3 Lincoln Center 4th Floor,    Oakbrook Terrace,IL 60181-4204
22047307        E-mail/PDF: mrdiscen@discoverfinancial.com Feb 11 2015 01:42:10       Discover Bank,
                 DB Servicing Corporation,    PO Box 3025,    New Albany, OH  43054-3025
21721190       +E-mail/PDF: mrdiscen@discoverfinancial.com Feb 11 2015 01:42:22       Discover Card,
                 Bankruptcy Dept.,    PO box 6103,    Carol Stream,IL 60197-6103
21721179       +E-mail/Text: cio.bncmail@irs.gov Feb 11 2015 01:42:53       IRS Priority Debt,    Bankruptcy Dept.,
                 PO Box 7346,    Philadelphia,PA 19101-7346
21721188        E-mail/Text: bankruptcydpt@mcmcg.com Feb 11 2015 01:43:36       MCM Credit Mangement,
                 Bankruptcy Dept.,    PO Box 939019,    San Diego,CA 92193-9019
21721173       +E-mail/Text: bankruptcydpt@mcmcg.com Feb 11 2015 01:43:36       Midland Credit Management,
                 Bankruptcy Dept.,    8875 Aero Dr., Ste. 200,    San Diego,CA 92123-2255
                                                                                              TOTAL: 7

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
21721176*      +CHASE,    Attn: Bankruptcy Dept.,    Po Box 15298,    Wilmington,DE 19850-5298
21721180*      +IRS Priority Debt,    Bankruptcy Dept.,    PO Box 7346,    Philadelphia,PA 19101-7346
21721182*      +Michelle Davenport,    5646 N. Ottawa,    Chicago,IL 60631-3309
21721191       ##+Verizon Wireless,    Bankruptcy Dept.,    PO Box 3397,    Bloomington,IL 61702-3397
                                                                                               TOTALS: 0, * 3, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

```
District/off: 0752-1          User: lhuley              Page 2 of 2              Date Rcvd: Feb 10, 2015
                              Form ID: pdf006           Total Noticed: 30
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 12, 2015                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 10, 2015 at the address(es) listed below:
          Laura R Caputo    on behalf of Debtor Jeffrey Robert Ruback ndil@geracilaw.com
          Miriam R Stein    on behalf of Accountant Alan D Lasko mstein@chuhak.com,
           dgeorge@chuhak.com;mstein@ecf.epiqsystems.com;IL82@ecfcbis.com
          Miriam R Stein    on behalf of Attorney   FrankGecker LLP mstein@chuhak.com,
           dgeorge@chuhak.com;mstein@ecf.epiqsystems.com;IL82@ecfcbis.com
          Miriam R Stein    mstein@chuhak.com,
           dgeorge@chuhak.com;mstein@ecf.epiqsystems.com;IL82@ecfcbis.com
          Nathan E Curtis    on behalf of Debtor Jeffrey Robert Ruback ndil@geracilaw.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
          Zane L Zielinski    on behalf of Trustee Miriam R Stein zzielinski@wfactorlaw.com,
           nbouchard@wfactorlaw.com
                                                                                             TOTAL: 7
```