# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| JEFFREY ROBERT RUBACK | § | Case No. 14-11347 |
| | § | |
| Debtor(s) | § | |

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Miriam R. Stein, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: 5,100.00
*(Without deducting any secured claims)*

Assets Exempt: 12,050.00

Total Distributions to Claimants: 311,676.76

Claims Discharged
Without Payment: 64,848.74

Total Expenses of Administration: 67,567.14

---

3) Total gross receipts of $ 408,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 28,756.10 (see **Exhibit 2**), yielded net receipts of $ 379,243.90 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ NA | $ 309,815.42 | $ 309,815.42 | $ 309,815.42 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 67,567.14 | 67,567.14 | 67,567.14 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | 1,368.03 | 1,368.03 | 1,368.03 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 56,522.00 | 10,185.05 | 10,185.05 | 493.31 |
| **TOTAL DISBURSEMENTS** | $ 56,522.00 | $ 388,935.64 | $ 388,935.64 | $ 379,243.90 |

4) This case was originally filed under chapter 7 on 03/28/2014 . The case was pending for 17 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 08/07/2015             By:/s/Miriam R. Stein
                                              Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 5646 N. Ottawa Chicago, IL 60631 - (Debtors primary residen | 1110-000 | 408,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$ 408,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Debtor's Exemption | Exemptions | 8100-002 | 7,500.00 |
| Payment to Co-Owner - Michelle Davenport | Non-Estate Funds Paid to Third Parties | 8500-002 | 21,256.10 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 28,756.10** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Citimortgage, Inc. | 4110-000 | NA | 255,815.42 | 255,815.42 | 255,815.42 |
| | First Security Trust and Savings | 4110-000 | NA | 54,000.00 | 54,000.00 | 54,000.00 |
| **TOTAL SECURED CLAIMS** | | | **$ NA** | **$ 309,815.42** | **$ 309,815.42** | **$ 309,815.42** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Miriam R. Stein | 2100-000 | NA | 20,000.00 | 20,000.00 | 20,000.00 |
| Clerk of the Bankruptcy Court | 2200-000 | NA | 176.00 | 176.00 | 176.00 |
| Closing Costs | 2500-000 | NA | 19,272.39 | 19,272.39 | 19,272.39 |
| Associated Bank | 2600-000 | NA | 134.80 | 134.80 | 134.80 |
| Frank Gecker LLP | 3210-000 | NA | 9,000.00 | 9,000.00 | 9,000.00 |
| Alan D. Lasko | 3410-000 | NA | 1,183.95 | 1,183.95 | 1,183.95 |
| Broker's Commission | 3510-000 | NA | 17,800.00 | 17,800.00 | 17,800.00 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 67,567.14 | $ 67,567.14 | $ 67,567.14 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | IRS | 5800-000 | NA | 1,368.03 | 1,368.03 | 1,368.03 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ 1,368.03 | $ 1,368.03 | $ 1,368.03 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bald Knob Marina | | 17,176.00 | NA | NA | 0.00 |
| | Chase | | 6,240.00 | NA | NA | 0.00 |
| | Chase | | 14,343.00 | NA | NA | 0.00 |
| | Citibank | | 4,200.00 | NA | NA | 0.00 |
| | City of Chicago Dept. of Water | | 463.00 | NA | NA | 0.00 |
| | Comcast | | 403.00 | NA | NA | 0.00 |
| | Commonwealth Edison | | 430.00 | NA | NA | 0.00 |
| | Equifax | | 0.00 | NA | NA | 0.00 |
| | Experian | | 0.00 | NA | NA | 0.00 |
| | Home Depot Credit Svc | | 6,578.00 | NA | NA | 0.00 |
| | Sears/CBNA | | 510.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Sears/CBNA | | 4,024.00 | NA | NA | 0.00 |
| | Transunion | | 0.00 | NA | NA | 0.00 |
| | Travelers Personal Ins | | 790.00 | NA | NA | 0.00 |
| 1 | Discover Bank | 7100-000 | 865.00 | 1,729.38 | 1,729.38 | 45.77 |
| 4 | First Security Trust And Savings Bank | 7100-000 | NA | 7,948.66 | 7,948.66 | 420.70 |
| 3 | VERIZON | 7100-000 | 500.00 | 419.23 | 419.23 | 22.19 |
| 2A | IRS | 7100-001 | NA | 87.78 | 87.78 | 4.65 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 56,522.00 | $ 10,185.05 | $ 10,185.05 | $ 493.31 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 14-11347 | JBS | Judge: | Jack B. Schmetterer | Trustee Name: | Miriam R. Stein |
|---|---|---|---|---|---|---|
| Case Name: | JEFFREY ROBERT RUBACK | | | | Date Filed (f) or Converted (c): | 03/28/2014 (f) |
| | | | | | 341(a) Meeting Date: | 05/12/2014 |
| For Period Ending: | 08/07/2015 | | | | Claims Bar Date: | 09/10/2014 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 5646 N. Ottawa Chicago, IL 60631 - (Debtors primary residen | 343,900.00 | 58,232.00 | | 408,000.00 | FA |
| 2. Cash on Hand | 100.00 | 0.00 | | 0.00 | FA |
| 3. Household Goods; tv, vcr, stereo, couch, utensils, vacuum, t | 1,000.00 | 0.00 | | 0.00 | FA |
| 4. Necessary wearing apparel | 200.00 | 0.00 | | 0.00 | FA |
| 5. watch, costume jewelry | 50.00 | 0.00 | | 0.00 | FA |
| 6. Money owed for subcontracting jobs completed on behalf of Hi | 4,000.00 | 4,000.00 | | 0.00 | FA |
| 7. 1999 Chevrolet Tahoe. Joint with Michelle Davenport. | 1,000.00 | 0.00 | | 0.00 | FA |
| 8. 1989 Shore Lander boat trailer. Joint with Michelle Davenpor | 800.00 | 0.00 | | 0.00 | FA |
| 9. 1989 Hurricane FD196 boat (SURRENDER). Bald Knob Marina is i | 2,500.00 | 2,500.00 | | 0.00 | FA |
| INT. Void (u) | 0.00 | N/A | | 0.00 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $353,550.00 | $64,732.00 | | $408,000.00 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Final report ready to be filed. Real estate sold.
TFR filed and pending approval from UST. 1/15/15.

Initial Projected Date of Final Report (TFR): 05/15/2015     Current Projected Date of Final Report (TFR): 05/15/2015

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 14-11347 | Trustee Name: Miriam R. Stein |
| Case Name: JEFFREY ROBERT RUBACK | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX8663 |
| | Checking |
| Taxpayer ID No: XX-XXX3920 | Blanket Bond (per case limit): |
| For Period Ending: 08/07/2015 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 09/04/14 | | Chicago Title and Trust Company 10 S. LaSalle Street Chicago, IL 60603 | from liquidation of residence (net proceeds) | | $32,356.09 | | $32,356.09 |
| | | | Gross Receipts  $408,000.00 | | | | |
| | | Closing Costs | Closing Costs  ($19,272.39) | 2500-000 | | | |
| | | Broker's Commission | Closing Costs  ($17,800.00) | 3510-000 | | | |
| | | Citimortgage, Inc. | First Mortgage  ($255,815.42) | 4110-000 | | | |
| | | First Security Trust and Savings | Second Mortgage  ($54,000.00) | 4110-000 | | | |
| | | Debtor's Exemption | Exemption  ($7,500.00) | 8100-002 | | | |
| | | Payment to Co-Owner - Michelle Davenport | Co-Owner Payment  ($21,256.10) | 8500-002 | | | |
| | 1 | | 5646 N. Ottawa Chicago, IL 60631 - (Debtors primary residen  $408,000.00 | 1110-000 | | | |
| 10/07/14 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $40.33 | $32,315.76 |
| 11/07/14 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $48.04 | $32,267.72 |
| 11/19/14 | 101 | Clerk of the U.S. Bankruptcy Court United States Bankruptcy Court 219 S. Dearborn Street, 7th Floor Chicago, IL 60604 | Court Cost | 2700-000 | | $250.00 | $32,017.72 |
| 12/01/14 | 101 | Clerk of the U.S. Bankruptcy Court United States Bankruptcy Court 219 S. Dearborn Street, 7th Floor Chicago, IL 60604 | Court Cost Reversal Check made in the wrong amount. Reissued check for $176.00 | 2700-000 | | ($250.00) | $32,267.72 |
| | | | Page Subtotals: | | $32,356.09 | $88.37 | |

UST Form 101-7-TDR (10/1/2010) *(Page: 8)*

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 14-11347 |
| Case Name: | JEFFREY ROBERT RUBACK |
| Taxpayer ID No: | XX-XXX3920 |
| For Period Ending: | 08/07/2015 |

| | |
|---|---|
| Trustee Name: | Miriam R. Stein |
| Bank Name: | Associated Bank |
| Account Number/CD#: | XXXXXX8663 |
| | Checking |
| Blanket Bond (per case limit): | |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 12/01/14 | 102 | Clerk of the Bankruptcy Court<br>U.S. Bankruptcy Court<br>219 S. Dearborn Street, 7th Floor<br>Chicago, IL 60604 | Court Cost | 2200-000 | | $176.00 | $32,091.72 |
| 12/05/14 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $46.43 | $32,045.29 |
| 04/08/15 | 103 | Miriam R. Stein<br>30 South Wacker Drive<br>Suite 2600<br>Chicago, IL 60606 | Final distribution representing a payment of 100.00 % per court order. Reversal | 2100-000 | | ($20,000.00) | $52,045.29 |
| 04/08/15 | 103 | Miriam R. Stein<br>30 South Wacker Drive<br>Suite 2600<br>Chicago, IL 60606 | Final distribution representing a payment of 100.00 % per court order. | 2100-000 | | $20,000.00 | $32,045.29 |
| 04/08/15 | 104 | Frank Gecker LLP<br>325 N. LaSalle Street<br>Suite 625<br>Chicago, IL 60654 | Final distribution representing a payment of 100.00 % per court order. | 3210-000 | | $9,000.00 | $23,045.29 |
| 04/08/15 | 105 | Alan D. Lasko<br>Alan D. Lasko & Associates, P.C.<br>29 SOUTH LASALLE STREET<br>SUITE 1240<br>CHICAGO, IL  60603 | Final distribution representing a payment of 100.00 % per court order. | 3410-000 | | $1,183.95 | $21,861.34 |
| 04/08/15 | 106 | IRS<br>P.O. BOX 7346<br>PHILADELPHIA, PA 19101-7346 | Final distribution to claim 2 representing a payment of 100.00 % per court order. | 5800-000 | | $1,368.03 | $20,493.31 |
| 04/08/15 | 107 | Clerk, U.S. Bankruptcy Court | Remit to Court | 7100-001 | | $4.65 | $20,488.66 |
| 04/08/15 | 108 | Discover Bank<br>Db Servicing Corporation<br>Po Box 3025<br>New Albany, Oh 43054-3025 | Final distribution to claim 1 representing a payment of 5.29 % per court order. | 7100-000 | | $45.77 | $20,442.89 |
| 04/08/15 | 109 | VERIZON<br>c/o American Infosource LP<br>Po Box 248838<br>Oklahoma City, Ok 73124-8838 | Final distribution to claim 3 representing a payment of 5.29 % per court order. | 7100-000 | | $22.19 | $20,420.70 |

Page Subtotals: $0.00    $11,847.02

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 14-11347 | Trustee Name: Miriam R. Stein |
| Case Name: JEFFREY ROBERT RUBACK | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX8663 |
| | Checking |
| Taxpayer ID No: XX-XXX3920 | Blanket Bond (per case limit): |
| For Period Ending: 08/07/2015 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 04/08/15 | 110 | First Security Trust And Savings Bank , An Illinois Banking Corporation C/O William M. Smith & Associates 8102 W. 119Th Street, Suite 150 Palos Park, Illinois 60464 | Final distribution to claim 4 representing a payment of 5.29 % per court order. | 7100-000 | | $420.70 | $20,000.00 |
| 04/08/15 | 111 | Stein, Miriam R. 30 South Wacker Drive Suite 2600 Chicago, IL 60606 | Trustee Compensation | 2100-000 | | $12,000.00 | $8,000.00 |
| 04/08/15 | 112 | Stein, Miriam R. 30 South Wacker Drive Suite 2600 Chicago, IL 60606 | Trustee Compensation | 2100-000 | | $8,000.00 | $0.00 |

| | | |
|---|---:|---:|
| COLUMN TOTALS | $32,356.09 | $32,356.09 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $32,356.09 | $32,356.09 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $32,356.09 | $32,356.09 |

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX8663 - Checking | $32,356.09 | $32,356.09 | $0.00 |
|  | $32,356.09 | $32,356.09 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| Total Allocation Receipts: | $375,643.91 |
|---|---|
| Total Net Deposits: | $32,356.09 |
| Total Gross Receipts: | $408,000.00 |

Page Subtotals: $0.00 $0.00